IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SEALANT TECHNOLOGY SERVICES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-01730 (EGS) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the voluntary dismissal of this action against Defendant, Sealant Technology Services, Inc.

January __8__, 2008

_____
Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

Attorney for the Plaintiffs

2376383

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-01730 (EGS) |
| ) | |
| SEALANT TECHNOLOGY SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Notice of Voluntary Dismissal filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this ____ day of _____, 2008 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
Emmet G. Sullivan
United States District Court Judge

2376365

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal and Order Dismissing Complaint was served by first class mail, postage prepaid, this 8th day of January, 2008, upon:

> Patricia Gareau
> Sealant Technology Services, Inc.
> 789 Chatsworth Road
> Vincentown, NJ 08088

_____
Evan Oxhorn

2376387